## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WAYNE H. NORMAN,                                  Civil Action File No.

    Plaintiff,

vs.                                               1:16-CV-00126-RGA

CONTINENTAL FINANCE
COMPANY, LLC.
    Defendant.



### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant Continental Finance Company, LLC.

Respectfully submitted,

Wayne H. Norman
4357 Wanatah
Memphis, TN 38109
whnorman@hotmail.com

United States District Court
For the District of Delaware
844 North King St.
Wilmington, DE 19801-3570

Wayne Nodeman
4357 [Mannot?]
Memphis, TN 38109

U.S.M.S.
X-RAY